# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORA ANN BRAND,<br><br>          Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>          Defendant(s). | Case No. 2:20-cv-02219-NJK<br><br>**ORDER** |

Kilolo Kijakazi is now Acting Commissioner of Social Security. *See* Docket No. 16 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Kilolo Kijakazi in place of Andrew Saul.

IT IS SO ORDERED.

Dated: August 3, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1