# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORA ANN BRAND,<br>      Plaintiff(s),<br>v.<br>KILOLO KIJAKAZI,<br>      Defendant(s). | Case No. 2:20-cv-02219-NJK<br>**Order**<br>[Docket No. 28] |

Pending before the Court is Plaintiff's unopposed motion to move the hearing and to have her counsel appear telephonically. Docket No. 28. For good cause shown, the motion is **GRANTED**.

First, the hearing in this matter is advanced in time only to 11:00 a.m. on December 9, 2021.

Second, Plaintiff's counsel may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1