UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORA ANN BRAND,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>    Defendant. | Case No.: 2:20-cv-02219-NJK<br><br>**Order**<br><br>[Docket No. 32] |

Pending before the Court is Defendant's motion for counsel to appear telephonically for the hearing on December 9, 2021, at 11:00 a.m.. Docket No. 32. For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 32. Mr. Illarmo may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a landline phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: November 29, 2021

_____
Nancy J. Koppe
United States Magistrate Judge